IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT ALAN WRIGHT,**
**ADC #657408**                                                          **PLAINTIFF**

**v.**            Case No. 4:16-cv-00753 KGB/JJV

**SHANE JONES, Sheriff,**
**Pope County;** *et al*.                                                **DEFENDANTS**

## ORDER

The Court has received and reviewed Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 20). The parties have not filed objections. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (*Id.*). The Court grants defendants' motion to dismiss (Dkt. No. 19). This action is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this this the 27th day of June, 2017.

_____
Kristine G. Baker
United States District Judge