IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT ALAN WRIGHT,**
**ADC #657408**   **PLAINTIFF**

**v.**   Case No. 4:16-cv-00753 KGB/JJV

**SHANE JONES, Sheriff,**
**Pope County;** *et al*.   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this this the 27th day of June, 2017.

_____
Kristine G. Baker
United States District Judge